The People of the State of Illinois, defendant in error, v. F. E. Uttinger, plaintiff in error. Gen. No. 7,966.

Prosecution for violations of Prohibition Act. Conviction and sentence. Error to the County Court of Piatt county; the Hon. M. R.

Davidson, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed November 6, 1926.

James L. Hicks and Thomas J. Kastel, for plaintiff in error. Robert P. Shonkwiler, State's Attorney, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.